79 F.3d 1140
 Jacqueline M. Verney
v.
James J. Dodaro, Howard Yerusalim, Frank A. Ursomarso,
Robert A. Brady, James F. Malone, III, John L. Sokol, Jr.,
S. Michael Palermo, James B. Wilson, Joseph L. Di Rienzo,
Samuel L. Carnabuci, Melvin M. Shelton, Walter J. Lawson,
Louis R. Martin, Kevin F. Longenbach (2 Cases); Jacqueline
M. Verney v. Pennsylvania Turnpike Commission (2 Cases)
 NOS. 95-7050, 95-7051, 95-7072, 95-7073
 United States Court of Appeals,
Third Circuit.
 Feb 29, 1996
 
 Appeal From: M.D.Pa., Nos. 93-cv-01229, 93-cv-01261, 93-cv-01229,
 Caldwell, J.,
 
 872 F.Supp. 188
 
 1
 AFFIRMED.